**FILED: 11/7/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Melissa Miller*, | CASE NO. CV 12-733-GHK (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Hearst Communications, Inc.*, | |
| Defendant. | |

Pursuant to the Court's November 7, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Melissa Miller's claims against Defendant Hearst Communications, Inc. are **DISMISSED with prejudice.**

**IT IS SO ORDERED**.

DATED: November 7, 2012

_____
GEORGE H. KING
Chief United States District Judge